**Alan R. Ackerman, Esquire (AA9730)**
**LAW OFFICES OF ALAN R. ACKERMAN**
**1719 Route 10 East, Suite 106**
**Parsippany, NJ 07054**
**(973) 898-1177**
**araesq@alanackermanlaw.com**

**John P. Fuller, Esquire,** *pro hac vice pending*
**Fuller, Fuller & Associates, P.A.**
**12000 Biscayne Blvd., Suite 502**
**North Miami, FL 33181**
**(305) 891-5199**
**jpf@fullerfuller.com**

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| **THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually,** | : : : : : | |
| **Plaintiffs,** | : | **Case No.: 2:18-cv-13052-CCC-JBS** |
| vs. | : : | |
| **THE WIND RIDGE GROUP LLC, a New Jersey Limited Liability Company; 1781 SPRINGFIELD AVENUE LLC, a New Jersey Limited Liability Company,** | : : : : | |
| **Defendant(s).** | | |
| _____/ | | |

## NOTICE OF VOLUNTARY DISMISSAL

*(as to Defendant, The Wind Ridge Group LLC)*

**COMES NOW** Plaintiffs, THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through undersigned counsel, and herein file this Notice of Voluntary Dismissal as to Defendant, THE WIND RIDGE GROUP LLC, a New Jersey Limited Liability Company.  Nothing herein shall affect the lawsuit against

Defendant, 1781 SPRINGFIELD AVENUE LLC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of September, 2018, the foregoing document has been electronically filed with the Court via the CM/ECF system, and hereby served via Regular US Mail to Defendant, The Wind Ridge Group LLC, c/o Howard G. Sweetwood, 28 Wind Ridge Drive, North Caldwell, NJ 07006.

Alan R. Ackerman, Esquire (AA9730)