**Alan R. Ackerman, Esquire (AA9730)**
**LAW OFFICES OF ALAN R. ACKERMAN**
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
(973) 898-1177
araesq@alanackermanlaw.com

**John P. Fuller, Esquire,** *pro hac vice pending*
**Fuller, Fuller & Associates, P.A.**
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
jpf@fullerfuller.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| **THE INDEPENDENCE PROJECT, INC.**, a New Jersey Non Profit Corporation, and **RONALD MOORE**, Individually, | : : : : |
| Plaintiffs, | : Case No.: 2:18-cv-13052-CCC-JBS |
| vs. | : : |
| **THE WIND RIDGE GROUP LLC**, a New Jersey Limited Liability Company; **1781 SPRINGFIELD AVENUE LLC**, a New Jersey Limited Liability Company, | : : : : : |
| Defendant(s). | : |

**ORDER DISMISSING CASE BETWEEN PLAINTIFFS, THE INDEPENDENCE PROJECT, INC. AND RONALD MOORE AND DEFENDANT, THE WIND RIDGE GROUP LLC**

**THIS CAUSE** came before this Court on the Notice of Voluntary Dismissal filed by the Plaintiffs, The Independence Project, Inc. and Ronald Moore against Defendant, The Wind Ridge Group LLC.

After reviewing the Plaintiffs' Notice of Voluntary Dismissal and being otherwise advised

in the premises, it is otherwise

**ORDERED and ADJUDGED:**

1.	That Defendant, The Wind Ridge Group LLC, is dismissed from this action without prejudice, pursuant to Plaintiffs' Notice of Voluntary Dismissal.

2.	The subject action continues between the Plaintiffs, The Independence Project, Inc. and Ronald Moore and Defendant, 1781 Springfield Avenue LLC, a New Jersey Limited Liability Company.

**DONE AND ORDERED** in chambers this   26th  day of  September  , 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record