UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,

Case No: 2:18-cv-13052-CCC-JBC

vs.

1781 SPRINGFIELD AVENUE LLC, a
New Jersey Limited Liability Company, and
SHIVAM FOOD INC., a New Jersey
Corporation,

        Defendant(s).
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

        Plaintiffs and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice as to the Plaintiffs' complaint, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties as to the Plaintiffs' complaint. The Cross Claim of 1781 Springfield Avenue, LLC against Shivam Food Inc. is hereby dismissed without prejudice. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

*signature*

Alan R. Ackerman, Esq. (AA9730)
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054-4519
Telephone: (973) 898-1177 x 122
Facsimile: (973) 898-1230
araesq@alanackermanlaw.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

*signature* 2/15/19

Jon Rory Skolnick, Esq.
Law Office of Jon Rory Skolnick
100 Morris Avenue, Suite 101
Springfield, NJ 07081
Toms River, NJ 08754-2627
Telephone: (973) 376-1212
Facsimile: (973) 404-8844
jon.skolnick@njshark.com
*Attorneys for Defendant,*
*1781 Springfield Avenue, LLC*
and

*signature*

Paul V. Buono, Esq.
Koch, Koch Bennett & Buono, LLC
70 Midland Avenue
Kearny, NJ 07032
Telephone: (201) 991-1111
Facsimile: (201) 991-4328
buonopv@kkbblaw.com
*Attorneys for Defendant,*
*Shivam Food, Inc.*

Date: 2/19/2019

Date: 2/8/19